UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JAY ORLANDO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CFS BANCORP, INC., GREGORY W. BLAINE, GENE DIAMOND, JOHN W. PALMER, ROBERT R. ROSS, JOYCE M. SIMON, DARYL D. POMRANKE, and FIRST MERCHANTS CORPORATION,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 2:13-cv-00261 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jay Orlando through his undersigned counsel, respectfully dismisses this action, with prejudice.

Dated: December 6, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LEVI & KORSINSKY, LLP

　　　　　　　　　　　　　　　　　　　 /s/ Shane T. Rowley
　　　　　　　　　　　　　　　　　　　Shane T. Rowley, Esq.
　　　　　　　　　　　　　　　　　　　30 Broad Street, 24th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　Tel: (212) 363-7500
　　　　　　　　　　　　　　　　　　　Fax: (866) 367-6510

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*